# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN d/b/a ANNA MARIA COLLEGE,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-40758-EDK<br><br>Adv. Proc. No. 26-04027-EDK |
| DAVID E. ROY, ELAINA M. ROY, and DAVID E. ROY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SISTERS OF SAINT ANN d/b/a ANNA MARIA COLLEGE,<br><br>Defendant. | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS ADVERSARY COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Upon consideration of the *Debtor's Motion to Dismiss Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* [Dkt. No. ___] (the "Motion") filed by the above-captioned debtor and debtor-in-possession (the "Debtor") on September 21, 2026, seeking entry of an order (this "Order") dismissing the *Complaint for Declaratory Judgment Determining Equitable Title to Real Property* [Dkt. No. 1] (the "Complaint") filed by David E. Roy, Elaina M. Roy, and David E. Roy, Jr. (collectively, the "Plaintiffs") with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012(b), and granting related relief, all as more fully set forth in the Motion; and the United States Bankruptcy Court for the District of Massachusetts having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this Motion being a core proceeding



#545521092_v1

pursuant to 28 U.S.C. § 157(b)(2), and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing from the record that sufficient notice of the Motion and an opportunity to be heard has been provided to parties-in-interest, and that no further notice is required; any formal or informal objections to the Motion or form of Proposed Order, if any, having been considered, and overruled; having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein.

2. The Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012(b).

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _______________, 2026
Worcester, Massachusetts

_________________________________
HON. ELIZABETH D. KATZ
UNITED STATES BANKRUPTCY JUDGE