**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN d/b/a ANNA MARIA COLLEGE,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-40758-EDK<br><br>Adv. Proc. No. 26-04027-EDK |
| DAVID E. ROY, ELAINA M. ROY, and DAVID E. ROY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SISTERS OF SAINT ANN d/b/a ANNA MARIA COLLEGE,<br><br>Defendant. | |

**NOTICE OF HEARING ON OCTOBER 29, 2026**

**PLEASE TAKE NOTICE** that a **hybrid** hearing will be held in the above-captioned adversary proceeding on **October 29, 2026 at 11:00 a.m. (Eastern Time)** ("Hearing") before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at the **Harold Donohue Federal Building and Courthouse, 595 Main Street, Courtroom 3, Worcester, MA 01608** to consider the *Debtor's Motion to Dismiss Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* [Docket No. 6] (the "Motion"), as set forth on the attached **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that parties in interest who wish to participate remotely through Zoom should email the Courtroom Clerk at sophia_howard@mab.uscourts.gov by 12:00 p.m. on October 28, 2026, requesting remote participation, providing their name, the party they represent, and whether or not they will be an active participant in the hearing or only observing. Participation by video is only permitted by parties in interest. All other parties who wish to attend the hearing must attend in person.

**PLEASE TAKE FURTHER NOTICE** that any objection to entry of an order granting the Motion must be filed with the Court in accordance with the Federal Rules of Bankruptcy Procedure and the Massachusetts Local Bankruptcy Rules by **October 22, 2026 at 4:00 p.m. (Eastern Time)**. If no objection is timely filed, the Court may, in its discretion, cancel the hearing and rule on the Motion without a hearing or further notice.

Dated: September 22, 2026

Respectfully submitted,

/s/ *Kathleen St. John* _
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor and Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

I, Kathleen St. John, counsel for The Sisters of Saint Ann d/b/a Anna Maria College, the debtor and debtor in possession (the "Debtor") in the above captioned chapter 11 case, hereby certify that on September 22, 2026, I caused copies of the *Notice of Hearing on October 29, 2026* to be served (i) upon the parties registered for service through the Court's CM/ECF electronic filing system, and (ii) by U.S.P.S. first class mail on the parties listed on the service list attached hereto.

/s/ *Kathleen St. John* ________
Kathleen St. John

**SERVICE LIST**

Douglas R. Gooding, Esq.
Jonathan Marshall, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
*(Counsel to Citizens Bank, N.A. and Citizens Funding Corp.)*

Andrew C. Helman, Esq.
Lauren M. Macksoud, Esq.
Henry Thomas, Esq.
Kyle D. Smith
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
(*Counsel to the Official Committee of Unsecured Creditors)*

Anthony A. Froio, Esq.
Robert F. Callahan, Jr., Esq.
Robins Kaplan LLP
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199-7080
*(Plaintiffs' Counsel*)